# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2680

_____

CURTIS BROWN,

Petitioner,

v.

JULIE L. JONES, Secretary,
Florida Department of
Corrections,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

_____

August 8, 2018

PER CURIAM.

The petition for writ of mandamus is denied on the merits.

MAKAR, OSTERHAUS, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Curtis Brown, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Respondent.